# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Statesboro Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 JAN -5 PM 3: 40
CLERK _____
SO. DIST. OF GA.

United States of America
v.
Donnell Summersett

) Case No: 6:96CR00004-1
)
) USM No: 09110-021
)

Date of Original Judgment: October 8, 1996
Date of Previous Amended Judgment: November 22, 2010
*(Use Date of Last Amended Judgment if Any)*

) Ryan Babcock
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____Life_____ months **is reduced to** _____293 months_____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____October 8, 1996_____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 1/5/2016

Judge's signature

J. Randal Hall
United States District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*